# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JOSE H.S.,                                        Case No. 26-CV-1253 (NEB/DTS)

              Petitioner,

v.

                          ORDER FOR DISMISSAL

TODD BLANCHE, Attorney General;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security;
TODD M. LYONS, Acting Director of
Immigration and Customs Enforcement;
and DAVID EASTERWOOD, Acting
Director, St. Paul Field Office
Immigration and Customs Enforcement,[1]

              Respondents.

---

On March 12, 2026, the Court ordered Respondents to comply with the Court's Order granting expedited discovery (ECF No. 10) and scheduled a status conference for April 15, 2026. (ECF No. 25.) On April 7, 2026, Petitioner filed a status report (ECF No. 26) with the Court indicating that Respondents produced several additional documents related to the Court's Order granting expedited discovery. After reviewing the materials provided to Petitioner and conferring with Respondents, Petitioner submits that no further proceedings are necessary, and this case can be closed.

---

[1] Todd Blanche was appointed as the Acting Attorney General, and the U.S. Senate confirmed Markwayne Mullin as Secretary of the Department of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche and Markwayne Mullin are substituted as Defendants in this suit.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.  The pending motions to show cause (ECF Nos. 8, 22) are DENIED AS MOOT;

2.  Respondent's motion to cancel the hearing and close the case (ECF No. 18) is DENIED AS MOOT;

3.  The status conference scheduled for April 15, 2026 is stricken from the Court calendar; and

4.  The Court construes the request to close the case (ECF No. 26) as a motion to voluntarily dismiss the case. To date, no answer or motion for summary judgment has been filed. Petitioner's request for dismissal is GRANTED without prejudice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. This case is hereby closed.

Dated: April 8, 2026                          BY THE COURT:

                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge